RICCARDO I. AMBROGIO, D.M.D. *v.* BEAVER ROAD ASSOCIATES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20398) is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Richard S. Order,* in support of the petition.

*Robyn L. Sondak,* in opposition.

Decided May 4, 2000

STATE OF CONNECTICUT *v.* JOHN MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 561 (AC 18366), is denied.

*William S. Palmieri,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided May 18, 2000

DEBORAH A. AMODIO *v.* VINCENT N. AMODIO*

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 459 (AC 15692), is granted, limited to the following issues:

* The appeal was withdrawn September 27, 2000.